THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RAYMOND SEYMOUR, Defendant.— Motion for leave to present appeal on typewritten record granted. Record and brief to be filed and served on or before August 15, 1938. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.